WABANINGO BOY SCOUT CAMP *v.* STATE TAX COMMISSION.

This case is controlled by *Evanston Y.M.C.A. Camp* v. *State Tax Commission,* 369 Mich 1.

Appeal from State Tax Commission. Submitted November 8, 1962. (Calendar No. 62, Docket No. 49,-767.*) Decided February 6, 1963. Rehearing denied April 5, 1963. Motion to dismiss granted by the supreme court of the United States October 14, 1963.

Certiorari by Wabaningo Boy Scout Camp, a Michigan nonprofit corporation, against the State Tax Commission to review determination of assessment for tax purposes of property in Fruitland township, Muskegon county, claimed exempt. Order approving assessment affirmed.

*Reber & Reber* (*Harry D. Reber,* of counsel), for plaintiff.

*Frank J. Kelley,* Attorney General, *Eugene Krasicky,* Solicitor General, *T. Carl Holbrook* and *William D. Dexter,* Assistant Attorneys General, for defendant.

DETHMERS, J. The pertinent facts, questions involved, and applicable law in this case are the same as in *Evanston Y.M.C.A. Camp* v. *State Tax Com-*

_____

* See note, 369 Mich 22, on present designation of docket and calendar numbers.

*mission,* 369 Mich 1. Decision in that case is controlling here.

Affirmed. No costs.

CARR, C. J., and KELLY, KAVANAGH, SOURIS, and OTIS M. SMITH, JJ., concurred with DETHMERS, J.

BLACK, J., concurred in result.

O'HARA, J., took no part in the decision of this case.